ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :

        -against-                              :      07 Cr. 7 (CLB)(LMS)

JESSE KAPLAN,                            :

                                                  :
                Defendant.
                                                  :
------------------------------------------------------------x

Brieant, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated February 6, 2007, is approved and accepted.

      The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated:    February 6, 2007
             White Plains, New York

                                             _____
                                             Charles L. Brieant
                                             United States District Judge